THE YATES COUNTY NATIONAL BANK OF PENN YAN, Appellant, *v.* LILIAN B. PARKE, Respondent, Impleaded, &c.

Order appealed from reversed, with $10 costs, and disbursements.

Held, that the money paid to discharge the mechanic's lien should be deducted from the avails of the property, and that being done the balance was insufficient to satisfy the judgment.